UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RANDY ALLEN UPHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>    Defendant. | Civil No. 3:23-cv-01114-YY<br><br><br>ORDER FOR REMAND |

    Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to clarify that there is not a closed period of disability. Specifically, the decision should explain that the claimant has been continuously disabled since May 17, 2011, the date of Plaintiff's application for supplemental security income under appeal, including through May 15, 2017, the day before the claimant was found disabled based on his subsequent supplemental security income application.

    The Appeals Council will also instruct the Administrative Law Judge to take any further action needed to complete the administrative record and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    IT IS SO ORDERED this  27th  day of  November , 2023.

                                          */s/ Youlee Yim You*
                                        YOULEE YIM YOU
                                       UNITED STATES MAGISTRATE JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN C. DANIELSON, OSB #065860
Civil Division Chief

s/ Edmund Darcher
EDMUND DARCHER, WSB #42906
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2662